IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RUBEN J MARTINEZ,

    Petitioner,

v.                                       CASE NO. 5:15-cv-140-LC-GRJ

SECRETARY, FLA. DEP'T
OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 26, 2018, recommending that the Petition be denied. (ECF No. 19.) Petitioner has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is

adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus, ECF No. 1, is **DENIED.**

3. A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 24th day of April, 2018.

          *s/L.A. Collier*
          **LACEY A. COLLIER**
          **UNITED STATES SENIOR DISTRICT JUDGE**